FILED

*Name:* Jessie Braham D.B.A Smiggereen Of Smaggereen Music BMI

*Address:* 5727 S. Gramercy PL

Los Angeles CA 90062

*Phone:* (323) 999-4469

Plaintiff In Pro Per

2015 OCT 28 PM 12:53

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: [signature]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Jessie Braham D.B.A Smiggereen of a Smaggereen Music BMI

**PLAINTIFF,**

**vs.**

Sony /ATV Music Publishing/Taylor Swift/ Max Martin/Shellback /Big Machine

**DEFENDANT(S).**

**Case No.:** CV 15-08422 RSWL(GJSx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Copyright infringement of United states Copyright 1-275248 Haters Gone Hate Written by Jessie Braham of Smiggereen Music and the song Shake it off by Taylor Swift contain the same lyrics for most of the 3 minute song

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under United States District court, Central division of California

## II. VENUE

2. Venue is proper pursuant to 28 U.S.Code 1391

## III. PARTIES

3. Plaintiff's name is Jessie Braham D.B.A Smiggereen Music Plaintiff resides at: 5727 S. Gramercy Pl -Los Angeles CA 90062

4. Defendant Sony/ATV Music Publishing

5. Defendant Taylor Swift

2
*Page Number*

Pro Se Clinic Form

6 . Defendant Taylor Swift

*Insert ¶ #*

___. Defendant Matt Martin

*Insert ¶ #*

___. Defendant Shellback

*Insert ¶ #*

___. Defendant Big Machine

*Insert ¶ #*

# IV. STATEMENT OF FACTS

*Insert* ¶ # Taylor Swift, Max Martin, and Shellback Use a 22 Word Phrase from our song entitled Haters gone hate, it is equal to 92% of the lyrics used in their song.

Also our song phrase string is used over 70+ times during the song

If Jessie Braham did not write the song Haters gone hate then Taylor Swift would not have written the song Shake it off.

See ATTACHED 4 PGS

*Insert* ¶ #

*Insert* ¶ #

Pro Se Clinic Form

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Copyright Violation from song Haters gone hate )

*insert title of cause of action*

**(As against Defendant(s):** Sony/ATV Music Publishing, Taylor Swift, Max )

*Insert ¶ #* Sony Music ATV/ did distribute this work entitled Shake it off Globally and has one many award with no acknowledgement of MR Braham, this is in violation of the Copyright code 17 U.S.C 508 This music has been streamed online many millions of time and Played on the radio and Television Many thousands of times.

*Insert ¶ #* With gross sales figures over the 50million mark as reported in Publications on line and in print.

See ATTAChement

*Insert ¶ #*

Yes

Pro Se Clinic Form

# SECOND CAUSE OF ACTION

( ______________________________________ )
*insert title of cause of action*

**(As against Defendant(s):** ______________________________________
______________________________________ )

*Insert* ¶ # ______________________________________

______________________________________

______________________________________

______________________________________

______________________________________

*Insert* ¶ # ______________________________________

______________________________________

______________________________________

______________________________________

______________________________________

*Insert* ¶ # ______________________________________

______________________________________

______________________________________

______________________________________

______________________________________

6
*Page Number*

Pro Se Clinic Form

# THIRD CAUSE OF ACTION

( _______________________________________ )

*insert title of cause of action*

**(As against Defendant(s): _______________________________________)**

*Insert ¶ #* _______________________________________

*Insert ¶ #* _______________________________________

*Insert ¶ #* _______________________________________

**FOURTH CAUSE OF ACTION**

(______________________________)

*insert title of cause of action*

**(As against Defendant(s):** ______________________________

______________________________)

*Insert* ¶ # ______________________________

______________________________

______________________________

______________________________

______________________________

*Insert* ¶ # ______________________________

______________________________

______________________________

______________________________

______________________________

*Insert* ¶ # ______________________________

______________________________

______________________________

______________________________

______________________________

Pro Se Clinic Form

8

*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # Prayer for relief

Plaintiff respectfully prays that:

1. Defendant be ordered to pay damages in the amount of 42,000,000

Insert ¶ # 2. Defendant add the name Jessie Braham to any new copies being printed,

Insert ¶ # 3. Defendant add the publisher name Smiggereen of a smaggereen music BMI as co publisher to the song Shake it off.

Insert ¶ #

*Insert* ¶ #

*Insert* ¶ #

*Insert* ¶ #

10

*Page Number*

Pro Se Clinic Form

# VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Oct 16, 2015

*Sign:*

*Print Name:* Jessie Graham

Plaintiff in pro per

10·28·2015



# Library of Congress Case Number 1-275248

Song Title Haters gone hate – Author Jessie J Braham 2/1/2013

Lyrics to Haters gone Hate
Haters Gone Hater Playas gone play
Watch out for them fakers they'll fake you every day. Lyrics by Jessie Braham

*Song haters gone hate youtube link https://www.youtube.com/watch?v=8o8MLaHcBs4

**Work Title**: HATERS GONE HATE

**BMI Work #**: 15363757

**Date Registered**: 02/05/2013

**ISWC**: T-909.581.521-7

**Registration Origin**: Works Registration

| **Songwriter/Composer** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| BRAHAM JESSIE J | BMI | 100.00% | 0024226619 |

| **Publisher** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| SMIGGEREEN OF A SMAGGEREEN MUSIC | BMI | 100.00% | 0018553814 |

EX 1 A



Ads by
Ad

The first single from 1989, this track finds Taylor Swift dismissing her haters. The song was inspired by how the country-pop princess has learned to deal with all the false rumors that have circulated since her 2012 **Red** album. "I've had to learn a pretty tough lesson in the past couple years that people can say whatever they want about at any time, and we cannot control that," said Swift. "The only thing we can control is our reaction to that ... You can either let it get to you ... [or] you just shake it off."

Taylor's 2011 single "Mean" previously found her taking aim at her critics.

Ex. A

The song originated from Swift learning to overcome her fear of not being accepted. "I think it kind of takes not caring what people think about you a step further to kind of locking the fact that people don't get you," she explained to BBC Radio 1's *Breakfast Show*. "Kind of taking pride in the fact that you know you are and it honestly doesn't matter if someone else doesn't want to understand you. We go through these scenarios in so many different phrases of our lives, no matter what it is."

The phrase "shake it off" shows up 36 times in this song, mostly in the chorus. "Shake" appears 70 times.

The song was produced by Max Martin and Shellback - Swift also wrote the song with the duo. Swift's previous collaborations with the Swedish hitmakers ("We Are Never Ever Getting Back Together Again" and "I Knew You Were Trouble") had combined their pop melodies with country trappings, but this song finds her forsaking the Nashville sound altogether.

The music video was directed by Mark Romanek (Johnny CASH'S "Hurt," Michael and

Ads by Bandsintown Ad

The song was Max Martin's 18th #1 as a songwriter, placing him in third place among writers with the most chart-toppers on the Hot 100. Only Paul McCartney, with 32 #1s, and John Lennon with 26, have achieved more.

**1989** is Taylor Swift's first official pop album, and is titled after the year that the singer was born. The record's pop sensibilities center on the music of that era. "I was listening to a lot of late '80s pop music and how bold those songs were and how that time period was a time of limitless possibilities," she said. "In thinking about that, this album is a rebirth for me. This is my very first documented, official pop album. **1989** is is the most sonically cohesive album I have ever made and my favorite album I have ever made."

This isn't the first hit song called "Shake It Off" - Mariah Carey's song of that name went to #2 US in 2005.

Exhibit A

There are three choruses in this song, which account for half of its 3:37 running time. Each chorus is progressively longer: the first one runs :24, but the second chorus adds another :12 section (the part where Taylor sings, "Shake it off... I, I, I..."), bringing it to :36. The final chorus repeats this :12 section twice, clocking in at :48. Total chorus time: 1:48.

Very rare in the realm of hit song, this one goes completely silent at 2:42 and stays that way for about a second before blasting into the last chorus. This is a very clever technique that keeps the song interesting.

This was Taylor's second US chart-topper following "We Are Never Ever Getting Back Together Again."

Earl Sweatshirt criticized the video, alleging it played on racial stereotypes. His comments received a great deal of coverage in the media, despite the rapper admitting he'd never actually watched the clip. Mark Romanek, who directed the clip, said in

Ads by Ad

playing a prominent role in "Problem" by Ariana Grande and "Thrift Shop" by Macklemore & Ryan Lewis.

Trumpet - Listen for this in the second and third choruses.

Bass - A deft electric bass accentuates the verses and is most prominent in the chorus. A synth bass provides the low drone heard in the chorus.

Synthesizer - Adds texture to the chorus.

Shaker - To go along with the breakdown when Taylor sings, "Shake, shake, shake." Clever.

Hand Claps - Augment the drums and come to life in the cheerleader section. Adds another organic element to the song to keep it from sounding too electro.

Exhibit A

Taylor said the tune was born from her own challenges. "I want this song to go out into the world and not be about my critics," she explained to Fusion's Alicia Menendez. "I want it to be about the girl who's criticizing someone in 11th grade because she thinks that her hair looks stupid. And that girl then goes and cries in the bathroom because of it. These are things that we go through in every phase of our life, starting with your job, and there's just someone who has it out for you."

"I had a lot of days where I would come home from school and get in the car, and my mom would try so hard to console me because someone had made fun of me or someone had said something about me or not invited me to something that I was dying to go to," Taylor continued. "And she would always try to find songs that would bring me out of that. Music always helped distract me from that. So I think my greatest hope is that this started out to be about my life, and I just want it to go out into cars and speakers and earphones and become about their lives."

The song debuted at #1 on the Hot 100. Fittingly it was song number 22 to debut at the summit. The single was also the second #1 debut in a row to contain the word "shake,"

Exhibit A

Ads by Ad

*That's what they don't know-ow-ow...*

It's repetition with variation, and it helps drive home the theme of ignoring the gossip-mongers who don't understand. This echo is done by the word (rather than the syllable) in the chorus, with lines like, "The fakers gonna fake, fake, fake, fake, fake."

Speaking on *Alan Carr's Chatty Man*, Taylor said she was inspired to write the song as a way of dealing with some of the gossip she read about herself. One of the strange rumors the singer came across is about where she goes to write. Taylor explained, "I feel like I don't have a special song writing lair. I did read an article once though which said that I had a treasure chest of ex-boyfriend's belongings which I have to go and touch in order to write songs. That was a special day."

"So I wrote 'Shake it Off' so that it's like a coping mechanism for when people say things like that," she continued, "Or when I have to Google the person they say I'm dating because I don't know who it is, or when they say I've bought a house in San Diego, and I'm like 'but have I ever been there though?'"

"And I wanted to write a song that would make people, not feel victimized when they sang it, I didn't want it to come from a place of 'Why are you doing this to me? I feel so victimized and sad,'" Taylor added. "I wanted to be like 'Okay, you're irritated that I'm being myself. You're going to talk about me, because I'm being myself, you're going to make things up about me, because I'm being myself. I'm just going to be myself more.'"

Taylor explained to *Billboard* magazine the difference between this song and her 2010 tune about dealing with haters, "Mean." "Four years ago I put out a song called 'Mean' from the perspective of 'Why are you picking on me? Why can I never do anything right in your eyes?' It was coming from a semi-defeated place," she explained. "Fast-forward a few years and 'Shake It Off' is like, 'You know what? If you're upset and irritated that I'm just being myself, I'm going to be myself more, and I'm having more fun than you so it doesn't matter.'"

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Jessie BRAHAM D.B.A SmiGGCReeN

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
Sony ATV / BiG MACHiNE / TAYLOR SWi[ft] / SHELLBACK / MAX MARTiN

(b) County of Residence of First Listed Plaintiff Los AnGeLeS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Los AnGeLeS
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Jessie BRAHAM
5727 S. GRAMERCY PL
LOS ANGELES CA 90062

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in this State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No [ ] **MONEY DEMANDED IN COMPLAINT:** $ 42,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 US 508

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [X] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV15-08422

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| **QUESTION A: Was this case removed from state court?** ☐ Yes ☑ No<br>If "no, " skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| **QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?** ☐ Yes ☑ No<br>If "no, " skip to Question C. If "yes," answer Question B.1, at right. | | |
|---|---|---|
| | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?** ☐ Yes ☑ No<br>If "no, " skip to Question D. If "yes," answer Question C.1, at right. | | |
|---|---|---|
| | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION D: Location of plaintiffs and defendants?** | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. → | If "yes," your case will initially be assigned to the EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ↓ |

| **QUESTION E: Initial Division?** | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | Western |

| **QUESTION F: Northern Counties?** | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☑ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): ______

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): ______

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: 10-28-2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |