FILED

*Name:*   Jessie Braham D.B.A Smiggereen Of Smaggereen Music BMI

2015 OCT 28  PM 12: 53

*Address:*   5727 S. Gramercy PL

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Los Angeles CA 90062

*Phone:*   (323) 999-4469

BY

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jessie Braham D.B.A Smiggereen
of a Smaggereen Music BMI
**PLAINTIFF,**

vs.

Sony /ATV Music Publishing/Taylor Swift/

Max Martin/Shellback  /Big Machine

**DEFENDANT(S).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV 15-08422** RSWL(GJS)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Copyright infringement of United states
Copyright 1-275248 Haters Gone Hate Written by
Jessie Braham of Smiggereen Music and the song
Shake it off by Taylor Swift contain the same lyrics
for most of the 3 minute song

**Jury Trial Demanded**

---

## I. JURISDICTION

1. This Court has jurisdiction under _____ United States District court, Central
division of California

Pro Se Clinic Form

1

2

## II. VENUE

3    2.  Venue is proper pursuant to __28 U.S Code 1391__

4    _____

5    _____

6    _____

7

8

9

## III. PARTIES

10

11

12   3.    Plaintiff's name is Jessie Braham D.B.A Smiggereen Music Plaintiff resides

13   at:  5727 S. Gramercy Pl -Los Angeles CA 90062 _____

14   _____

15   _____

16   _____

17

18   4.  Defendant   Sony/ATV Music Publishing _____

19   _____

20   _____

21   _____

22   _____

23

24   5.  Defendant   Taylor Swift _____

25   _____

26   _____

27   _____

28   _____

1      __6__ .   Defendant   Taylor Swift

2      *Insert ¶ #*

3

4

5

6

7

8      ___ .   Defendant   Matt Martin

9      *Insert ¶ #*

10

11

12

13

14

15      ___ .   Defendant   Shellback

16      *Insert ¶ #*

17

18

19

20

21

22      ___ .   Defendant   Big Machine

23      *Insert ¶ #*

24

25

26

27

28

_ 3 _

# IV. <u>STATEMENT OF FACTS</u>

*Insert ¶ #*

Taylor Swift, Max Martin, and Shellback Use a 22 Word Phrase from
our song entitled Haters gone hate, it is equal to 92% of the lyrics used
in their song.

Also our song phrase string is used over 70+ times during the song

If Jessie Braham did not write the song Haters gone hate then Taylor
Swift would not have written the song Shake it off.

See ATTACHED
4 PGS

*Insert ¶ #*

*Insert ¶ #*

4.

Pro Se Clinic Form                     *Page Number*

## V. <u>CAUSES OF ACTION</u>

## FIRST CAUSE OF ACTION

( Copyright Violation from song Haters gone hate )
*insert title of cause of action*

**(As against Defendant(s):** Sony/ATV Music Publishing, Taylor Swift, Max

)

_____ Sony Music ATV/ did distribute this work entitled Shake it off
*Insert ¶ #*

Globally and has one many award with no acknowledgement of

MR Braham, this is in violation of the Copyright code 17 U.S.C 508

This music has been streamed online many millions of time and

Played on the radio and Television Many thousands of times.

_____ With gross sales figures over the 50million mark as reported in
*Insert ¶ #*

Publications on line and in print.

See
ATTACHe
ment
yes

_____
*Insert ¶ #*

S.

Pro Se Clinic Form       *Page Number*

1

## SECOND CAUSE OF ACTION

2

( _____ )

*insert title of cause of action*

3

**(As against Defendant(s):** _____

4

_____ )

5

6

7

*Insert ¶ #* _____

8

_____

9

_____

10

_____

11

_____

12

13

*Insert ¶ #* _____

14

_____

15

_____

16

_____

17

_____

18

19

*Insert ¶ #* _____

20

_____

21

_____

22

_____

23

_____

24

25

26

27

28

1

## THIRD CAUSE OF ACTION

2  (_____)

*insert title of cause of action*

3  **(As against Defendant(s):** _____

4  _____)

5

6

7  _____

*Insert ¶ #*

8  _____

9  _____

10  _____

11  _____

12

13  _____

14  _____

*Insert ¶ #*

15  _____

16  _____

17  _____

18  _____

19

20  _____

*Insert ¶ #*

21  _____

22  _____

23  _____

24  _____

25

26

27

28

1

# FOURTH CAUSE OF ACTION

2

( _____ )

*insert title of cause of action*

3

**(As against Defendant(s):** _____

4

_____ )

5

6

7

*Insert ¶ #* _____

8

_____

9

_____

10

_____

11

_____

12

13

14

*Insert ¶ #* _____

15

_____

16

_____

17

_____

18

_____

19

20

*Insert ¶ #* _____

21

_____

22

_____

23

_____

24

_____

25

26

27

28

Pro Se Clinic Form

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____.
*Insert ¶ #*    Prayer for relief

Plaintiff respectfully prays that:

1. Defendant be ordered to pay damages in the amount of

42,000,000

_____.
*Insert ¶ #*    2. Defendant add the name Jessie Braham to any new copies being

printed,

_____.
*Insert ¶ #*    3. Defendant add the publisher name Smiggereen of a smaggereen

music BMI as co publisher to the song Shake it off.

_____.
*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

1

2

*Insert* ¶ #

3

4

5

6

7

8

9

10

11

*Insert* ¶ #

12

13

14

15

16

17

18

19

20

*Insert* ¶ #

21

22

23

24

25

26

27

28

1

## VII. DEMAND FOR JURY TRIAL

2
3
4        Plaintiff hereby requests a jury trial on all issues raised in this complaint.
5
6
7                            Dated:  ___Oct 16, 2015_____
8
9
10              *Sign:*  _____
11        *Print Name:*  _____Jessie Braham_____
12                            Plaintiff in pro per   
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jessie Braham

# Library of Congress Case Number 1-275248

Song Title Haters gone hate – Author Jessie J Braham 2/1/2013

--------------------------------------------------------------------------------

Lyrics to Haters gone Hate
Haters Gone Hater Playas gone play

Watch out for them fakers they'll fake you every day.  Lyrics by Jessie Braham

*Song haters gone hate youtube link          https://www.youtube.com/watch?v=8o8MLaHcBs4

**Work Title**:  HATERS GONE HATE

**BMI Work #**:  15363757                          **ISWC**:  T-909.581.521-7

**Date Registered**: 02/05/2013                    **Registration Origin**:  Works Registration

**Songwriter/Composer**            **Current Affiliation**    **Shares**      **IP #**

BRAHAM JESSIE J                      BMI                                   100.00%        0024226619

**Publisher**                       **Current Affiliation**    **Shares**      **IP #**

SMIGGEREEN OF A SMAGGEREEN MUSIC      BMI                                   100.00%        0018553814

EXIT A

2 •

Ads by [Bandsintown]          Ad

The first single from **1989**, this track finds
Taylor Swift dismissing her haters. The song
was inspired by how the country-pop
princess has learned to deal with all the
false rumors that have circulated since her
2012 **Red** album. "I've had to learn a pretty
tough lesson in the past couple years that
people can say whatever they want about at
any time, and we cannot control that," said
Swift. "The only thing we can control is our
reaction to that … You can either let it get to
you … [or] you just shake it off."

Taylor's 2011 single "Mean" previously
found her taking aim at her critics.



$EXI1$
$A$

The song originated from Swift learning to overcome her fear of not being accepted. "I
think it kind of takes not caring what people think about you a step further to kind of
locking the fact that people don't get you," she explained to BBC Radio 1's *Breakfast
Show*. "Kind of taking pride in the fact that you know you are and it honestly doesn't
matter if someone else doesn't want to understand you. We go through these scenarios
in so many different phrases of our lives, no matter what it is."

The phrase "shake it off" shows up 36 times in this song, mostly in the chorus. "Shake"
appears 70 times.

The song was produced by Max Martin and Shellback - Swift also wrote the song with
the duo. Swift's previous collaborations with the Swedish hitmakers ("We Are Never
Ever Getting Back Together Again" and "I Knew You Were Trouble") had combined their
pop melodies with country trappings, but this song finds her forsaking the Nashville
sound altogether.

The music video was directed by Mark Romanek (Johnny CASH'S [t] "Hurt," Michael and

Ads by  Bandsintown            Ad

The song was Max Martin's 18th #1 as a songwriter, placing him in third place among writers with the most chart-toppers on the Hot 100. Only Paul McCartney, with 32 #1s, and John Lennon with 26, have achieved more.

**1989** is Taylor Swift's first official pop album, and is titled after the year that the singer was born. The record's pop sensibilities center on the music of that era. "I was listening to a lot of late '80s pop music and how bold those songs were and how that time period was a time of limitless possibilities," she said. "In thinking about that, this album is a rebirth for me. This is my very first documented, official pop album. **1989** is is the most sonically cohesive album I have ever made and my favorite album I have ever made."

This isn't the first hit song called "Shake It Off" - Mariah Carey's song of that name went to #2 US in 2005.

There are three choruses in this song, which account for half of its 3:37 running time. Each chorus is progressively longer: the first one runs :24, but the second chorus adds another :12 section (the part where Taylor sings, "Shake it off... I, I, I..."), bringing it to :36. The final chorus repeats this :12 section twice, clocking in at :48. Total chorus time: 1:48.

Very rare in the realm of hit song, this one goes completely silent at 2:42 and stays that way for about a second before blasting into the last chorus. This is a very clever technique that keeps the song interesting.

This was Taylor's second US chart-topper following "We Are Never Ever Getting Back Together Again."

Earl Sweatshirt criticized the video, alleging it played on racial stereotypes. His comments received a great deal of coverage in the media, despite the rapper admitting he'd never actually watched the clip. Mark Romanek, who directed the clip, said in

Case 2:15-cv-08422-MWF-GJS   Document 1   Filed 10/28/15   Page 15 of 19   Page ID #:15

Ads by Bandsintown          Ad

playing a prominent role in "Problem" by Ariana Grande and "Thrift Shop" by Macklemore & Ryan Lewis.

Trumpet - Listen for this in the second and third choruses.

Bass - A deft electric bass accentuates the verses and is most prominent in the chorus. A synth bass provides the low drone heard in the chorus.

Synthesizer - Adds texture to the chorus.

Shaker - To go along with the breakdown when Taylor sings, "Shake, shake, shake." Clever.

Hand Claps - Augment the drums and come to life in the cheerleader section. Adds another organic element to the song to keep it from sounding too electro.

Taylor said the tune was born from her own challenges. "I want this song to go out into the world and not be about my critics," she explained to Fusion's Alicia Menendez. "I want it to be about the girl who's criticizing someone in 11th grade because she thinks that her hair looks stupid. And that girl then goes and cries in the bathroom because of it. These are things that we go through in every phase of our life, starting with your job, and there's just someone who has it out for you."

"I had a lot of days where I would come home from school and get in the car, and my mom would try so hard to console me because someone had made fun of me or someone had said something about me or not invited me to something that I was dying to go to," Taylor continued. "And she would always try to find songs that would bring me out of that. Music always helped distract me from that. So I think my greatest hope is that this started out to be about my life, and I just want it to go out into cars and speakers and earphones and become about their lives."

The song debuted at #1 on the Hot 100. Fittingly it was song number 22 to debut at the summit. The single was also the second #1 debut in a row to contain the word "shake,"

EXHIBIT A

Ads by [Bandsintown]   Ad

*That's what they don't know-ow-ow...*

It's repetition with variation, and it helps drive home the theme of ignoring the gossip-mongers who don't understand. This echo is done by the word (rather than the syllable) in the chorus, with lines like, "The fakers gonna fake, fake, fake, fake, fake."

Speaking on *Alan Carr's Chatty Man*, Taylor said she was inspired to write the song as a way of dealing with some of the gossip she read about herself. One of the strange rumors the singer came across is about where she goes to write. Taylor explained, "I feel like I don't have a special song writing lair. I did read an article once though which said that I had a treasure chest of ex-boyfriend's belongings which I have to go and touch in order to write songs. That was a special day."

"So I wrote 'Shake it Off' so that it's like a coping mechanism for when people say things like that," she continued, "Or when I have to Google the person they say I'm dating because I don't know who it is, or when they say I've bought a house in San Diego, and I'm like 'but have I ever been there though?'"

"And I wanted to write a song that would make people, not feel victimized when they sang it, I didn't want it to come from a place of 'Why are you doing this to me? I feel so victimized and sad,'" Taylor added. "I wanted to be like 'Okay, you're irritated that I'm being myself. You're going to talk about me, because I'm being myself, you're going to make things up about me, because I'm being myself. I'm just going to be myself more.'"

Taylor explained to *Billboard* magazine the difference between this song and her 2010 tune about dealing with haters, "Mean." "Four years ago I put out a song called 'Mean' from the perspective of 'Why are you picking on me? Why can I never do anything right in your eyes?' It was coming from a semi-defeated place," she explained. "Fast-forward a few years and 'Shake It Off' is like, 'You know what? If you're upset and irritated that I'm just being myself, I'm going to be myself more, and I'm having more fun than you so it doesn't matter.'"

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☑ )
Jessie BRAHAM D.B.A SmiGGCleen

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
Sony ATV / BIG MACHINE / TAYLOR Swi /SHELLBACK / MAXX MARTIN

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Jessie BRAHAM
5727 S. GRAMERCY PL
Los Angeles CA 90062

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 42,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 US 508

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☑ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

**FOR OFFICE USE ONLY:**  Case Number: CV15-08422

CV-71 (10/14)  CIVIL COVER SHEET  Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? [ ] Yes  [✓] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>[ ] Yes  [✓] No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.**  Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right*  ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Continue to Question B.2. |
| | **B.2.**  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right*  ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>[ ] Yes  [✓] No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.**  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right*  ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Continue to Question C.2. |
| | **C.2.**  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right*  ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [✓] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [✓] |

| **D.1.  Is there at least one answer in Column A?**<br>[ ] Yes  [✓] No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br><br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right.  ➡ | **D.2.  Is there at least one answer in Column B?**<br>[ ] Yes  [✓] No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br><br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br><br>Enter "Western" in response to Question E, below.  ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above:  ➡ | *Western* |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [✓] No |

| CV-71 (10/14) | CIVIL COVER SHEET | Page 2 of 3 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☑ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☐ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 10-28-2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |